**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STEVEN D. AND LAUREL A. WYMAN, HUSBAND AND WIFE, ) | Case No. EDCV 12-01266 VAP (SPx) |
| Plaintiff, ) | **JUDGMENT** |
| v. ) | |
| THE UNITED STATES OF AMERICA, ) | |
| Defendants. ) | |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that judgment is entered in favor of Defendant United States of America.  The Court orders that such judgment be entered.

Dated: May 21, 2013

_____
VIRGINIA A. PHILLIPS
United States District Judge